IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID LOMASCOLA and RON BURCH,

    Plaintiffs,

vs.                                         No. 1:11-CV-01103-KBM-ACT

BNSF RAILWAY COMPANY, KERRY LEE MCKEAN
and VALERIE COOK,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having before it Plaintiffs and Defendants BNSF Railway Company and Kerry Lee McKean's Joint Motion to Dismiss with Prejudice, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that Plaintiffs' Complaint is dismissed with prejudice against Defendants BNSF Railway Company and Kerry Lee McKean.

_____
HONORABLE KAREN B. MOLZEN
Presiding by Consent

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____

Tyler Cuff
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900; Facsimile: (505) 768-7395
*Attorneys for Defendants BNSF & Kerry McKean*

APPROVED BY:

By: *Approved by David Freeman via email on 12/12/12*
David A. Freedman
PO Box 25326
Albuquerque, NM 87125-0326
daf@fbdlaw.com
*Attorney for Plaintiffs*